Misc. No. 12–8024/AR.   Kenneth A.R. Pinkela, Appellant v. Michael J. Hargis, Colonel, USA, JA Military Judge and the United States, Appellees.   Notice is hereby given that a writ-appeal petition for review of the United States Army Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b) on this date.